

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 14, 2020**

_____
**United States Bankruptcy Judge**

_____

BTXN057 (rev. 04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                       §
Michael Stephen Galmor                       §     Case No.:  18–20209–rlj7
                                             §     Chapter No.:  7
                        Debtor(s)            §

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on 4/17/19, Leslie Pritchard filed a Amended Motion to extend time fo file objections to discharge ("Motion"), document number 144.

Subsequently,

☐ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

☐ no hearing has been requested.

☐ Proposed Order has not been submitted.

☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

☐ the Court held a hearing on Hearing Date. After considering any evidence presented and the arguments of counsel, the court finds that the Motion is denied.

☑ Other : the Court held a hearing on 11/14/19. The pleading has not been withdrawn or a proposed order has not been submitted.

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore

**ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #