

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 6, 2020**

_____

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| **Debtor.** | § | |

### ORDER ON OBJECTION TO CLAIM NUMBER 2 OF
### OKLAHOMA TAX COMMISSION

On this day came on for consideration the objection of Kent Ries, Trustee of the referenced bankruptcy estate, to Claim Number 2 of Oklahoma Tax Commission ("OTC"). Claim Number 2 was filed by OTC as a priority claim in the amount of $801,077.33 regarding taxes owed to a government entity and a general unsecured claim in the amount of $52,575.19. The Court finds jurisdiction over the subject matter and has been advised that no party in interest has filed a response to the Trustee's Objection. Further, the Court is of the opinion that the Objection of the Trustee is in order and should be allowed. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the portion of Claim Number 2 of OTC filed as a priority claim in the amount of $801,077.33 is hereby disallowed as a claim against this bankruptcy estate; It is further

**ORDERED, ADJUDGED AND DECREED**, that the portion of Claim Number 2 of OTC filed as an unsecured claim in the amount of $52,575.19 is hereby disallowed as a claim against this bankruptcy estate.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE