# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-20209
**Case Name:** GALMOR, MICHAEL STEPHEN
**For Period Ending:** 11/25/2020

**Trustee Name:** (631700) Kent Ries
**Date Filed (f) or Converted (c):** 01/08/2019 (c)
**§ 341(a) Meeting Date:** 02/13/2019
**Claims Bar Date:** 04/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6535 US Hwy 83, Shamrock, TX | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | Quartz Mountain Nature Park -2 mobile homes | 175,000.00 | 175,000.00 | | 185,250.00 | FA |
| 3 | 6525 US Hwy 83, Shamrock, TX | 35,000.00 | 35,000.00 | | 17,500.00 | FA |
| 4* | Sayre, Oklahoma 2 mobile homes (See Footnote) | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 5* | Storage buiiding at Sayer on 5 acres (See Footnote) | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 6 | CR 14, Shamrock, TX - 320 acres | 320,000.00 | 120,000.00 | | 290,000.00 | FA |
| 7 | 1200 S. Washington Street, Elk City, OK | 20,000.00 | 20,000.00 | | 9,000.00 | FA |
| 8 | 6994 US Hwy 83, Shamrock, TX | 25,000.00 | 25,000.00 | | 42,000.00 | FA |
| 9 | 480 acres near Sayre, Oklahoma | 480,000.00 | 480,000.00 | | 307,000.00 | FA |
| 10 | Intersection of CR 1320 and CR 2160, Sentinel, OK - 5 acres | 30,000.00 | 30,000.00 | | 40,000.00 | FA |
| 11 | 2011 Ford F150 | 22,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1972 Ford Thunderbird | 1,000.00 | 1,000.00 | | 1,800.00 | FA |
| 13 | 1976 Pontiac TransAm | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14 | 1970 Ford F-250 | 1,000.00 | 0.00 | | 1,400.00 | FA |
| 15 | 1955 Aircraft | 8,000.00 | 8,000.00 | | 12,250.00 | FA |
| 16 | 2002 Boat Crownline | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 17 | 2006 Kenner Boat. | 7,500.00 | 7,500.00 | | 9,000.00 | FA |
| 18 | Furniture and household goods at Debtor's Floyda | 850.00 | 0.00 | | 0.00 | FA |
| 19 | Furniture and household cjoods at Debtor's Lake | 2,850.00 | 0.00 | | 0.00 | FA |
| 20 | Furniture and household goods at Debtor's Twitty | 700.00 | 0.00 | | 0.00 | FA |
| 21 | Furniture and household goods in storage | 225.00 | 0.00 | | 0.00 | FA |
| 22 | 2 - TV's | 600.00 | 0.00 | | 0.00 | FA |
| 23 | Saddles, tack | 1,000.00 | 0.00 | | 0.00 | FA |
| 24 | Snakecharmer410 shotgun | 500.00 | 0.00 | | 0.00 | FA |
| 25 | Winchester 22 Automatic Rifle | 100.00 | 100.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 18-20209  
**Case Name:** GALMOR, MICHAEL STEPHEN  
**For Period Ending:** 11/25/2020

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 01/08/2019 (c)  
**§ 341(a) Meeting Date:** 02/13/2019  
**Claims Bar Date:** 04/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 27 | 2 pair diamond earrings | 700.00 | 0.00 | | 0.00 | FA |
| 28 | 120 Head of Cattle | 104,000.00 | 77,255.30 | | 3,312.67 | FA |
| 29 | 5 Head of Horses | 5,000.00 | 3,000.00 | | 0.00 | FA |
| 30 | 84 Head of Yearlings | 71,000.00 | 0.00 | | 0.00 | FA |
| 31 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 36 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 37 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 38 | Galmor's/G&G Steam Services, Inc., | 0.00 | 0.00 | | 0.00 | FA |
| 39 | SGM Leasing, LLC, 100% ownership | 325,000.00 | 0.00 | | 0.00 | FA |
| 40 | SGM Management, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 41 | SGM Real Estate, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 42 | MSG Oil and Gas, 100% ownership | 40,000.00 | 0.00 | | 0.00 | FA |
| 43 | Galmor Land and Cattle, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 44 | 401(k) | 48,000.00 | 0.00 | | 0.00 | FA |
| 45 | Galmor family trusts<br>Placeholder value for litigation in process. | Unknown | 10.00 | | 0.00 | 10.00 |
| 46 | Amount Owed to Debtor by Galmor Family Limited P | Unknown | 1,310,807.00 | | 0.00 | 1,310,807.00 |
| 47 | Amount Owed to Debtor by Galmor's/G&G Steam Serv | Unknown | 0.00 | | 0.00 | FA |
| 48 | Inheritance 25% from Galmor Trust and Ltd Ptnp<br>Placeholder value for litigation in process. | Unknown | 10.00 | | 0.00 | 10.00 |
| 49 | 2004 JD Row Tractor and 2008 JD Swather | 150,000.00 | 105,400.00 | | 0.00 | FA |
| 50 | 120 acres near Rocky, Ok | 120,000.00 | 120,000.00 | | 100,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 18-20209  
**Case Name:** GALMOR, MICHAEL STEPHEN  
**For Period Ending:** 11/25/2020

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 01/08/2019 (c)  
**§ 341(a) Meeting Date:** 02/13/2019  
**Claims Bar Date:** 04/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 51 | 60 oil wells in Oklahoma | 162,000.00 | 132,152.35 | | 0.00 | FA |
| 52 | 6 oil wells in Oklahoma | 108,000.00 | 108,000.00 | | 0.00 | FA |
| 53 | Working interest payments from oil wells | 0.00 | 0.00 | | 3,471.88 | FA |
| 54 | Wedding rings | 300.00 | 0.00 | | 0.00 | FA |
| 55 | Aim Bank Checking Account No. 100153955 | 401.82 | 401.82 | | 0.00 | FA |
| 56 | First State Bank of Mobeetie Checking Acct No. 4021197 | 2,104.03 | 2,104.03 | | 0.00 | FA |
| 57 | Happy State Bank Checking Account No. 2303007560 | 17.66 | 17.66 | | 0.00 | FA |
| 58 | Interbank Checking Account No. 7230755 | 0.00 | 0.00 | | 0.00 | FA |
| 59 | Great Plains National Bank Checking Account No. 443739 | 0.00 | 0.00 | | 0.00 | FA |
| 60 | Great Plains National Bank Checking Acct. No. 395242 | 0.00 | 0.00 | | 0.00 | FA |
| 61 | Interbank Savings Account No. 6865959 | 1.30 | 1.30 | | 0.00 | FA |
| **61** | **Assets Totals (Excluding unknown values)** | **$2,811,549.81** | **$2,804,259.46** | | **$1,021,984.55** | **$1,310,827.00** |

RE PROP# 4     Junk trailers with no value per auctioneer.

RE PROP# 5     Cant find property or title to it.

**Major Activities Affecting Case Closing:**

> Multiple adversaries in process. One to recover debt against family limited partnership, set for 12/20 trial. One to liquidate the family limited partnership, which is in process of selling real estate.
>
> Final tract of real estate in process of closing 10/20.
>
> Claim review and objections in process.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021     **Current Projected Date Of Final Report (TFR):** 12/31/2021

| 11/25/2020 | /s/Kent Ries |
|---|---|
| Date | Kent Ries |