

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 10, 2020**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |

### AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION
### TO CLAIM NO. 15 OF LESLIE PRITCHARD

CAME ON FOR CONSIDERATION the *Objection to Claim Number 15 of Leslie Pritchard, et. al.* (the "Objection"), filed by Kent Ries, Trustee (the "Trustee"), the Chapter 7 trustee of the bankruptcy estate (the "Estate") of Michael Stephen Galmor (the "Debtor"), whereby the Trustee objects to Clam No. 15 (the "Subject Claim") filed in the above styled and numbered bankruptcy case (the "Bankruptcy Case"), as responded to by Leslie Pritchard, for herself and as liquidator of the Galmor Family Limited Partnership and Galmor Management, L.L.C. ("Pritchard"). Having considered the agreement between the Trustee and Pritchard as embodied in this Order, and finding said agreement to be lawful and appropriate, it is hereby:

ORDERED that the Objection is SUSTAINED with the qualifications as provided for herein; it is further

ORDERED that the Subject Claim shall be stricken from the Claims Registry in the Bankruptcy Case; it is further

ORDERED that the no distribution or payment on account of the Subject Claim shall be made in the Bankruptcy Case, the Trustee, or by the Estate; it is further

ORDERED that the disallowance of the Subject Claim is not a substantive determination of its merits and is without prejudice as to any other matter other than a distribution or payment from the Estate, including without prejudice as to Adversary Proceeding No. 20-2003, where Pritchard may plead claims asserted against the Debtor in the Subject Claim for breach of fiduciary duty, self-dealing, or defalcation with respect to the Debtor's management of and role with Galmor Family Limited Partnership and/or Galmor Management, L.L.C., solely by way of setoff and defense against the Trustee's claims asserted therein, and with respect to any distribution of the proceeds and assets of either or both such entities that may be payable to the Debtor as creditor or otherwise, but in no event may Pritchard plead any such claims to obtain an affirmative recovery from the Estate.

### END OF ORDER ###

AGREED AS TO FORM AND SUBSTANCE:

/s/ Kent Ries (*w/ permission*)
Kent Ries, Trustee


/s/ Davor Rukavina
Attorney for Leslie Pritchard