Kent Ries
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § | |
| And | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § | |
| KENT RIES, TRUSTEE, | § | |
| Plaintiff, | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| Defendants. | § | |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF
### KELLYE FUCHS AS A LITIGATION CONSULTANT

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estates and Plaintiff herein, and hereby files his Application for Approval of Employment of

APPLICATION FOR APPROVAL OF EMPLOYMENT OF KELLYE FUCHS AS A LITIGATION CONSULTANT- PAGE 1

Kellye Fuchs as a Litigation Consultant (the "Application"), and would show the Court the following:

1. Adversary Proceeding 20-2003 (the "Adversary") was initiated on April 24, 2020 as a severed claim from Adversary Proceeding No. 19-2006.

2. The Trustee asserts it is necessary to employ Kellye Fuchs of PK & Company, PLLC, pursuant to 11 U.S.C. § 327(e), to review and potentially testify about historical accounting and related information regarding the bankruptcy Estates' claims in the Adversary.

3. The Adversary involves claims against the Defendant entities for reimbursement of advances and expenses incurred by the two referenced bankruptcy Estates. The claims were scheduled by the Debtors in both cases and are being disputed by the Defendants in the Adversary.

4. The Trustee desires to hire Kellye Fuchs in the Adversary primarily to obtain her factual knowledge and accounting expertise regarding the issues that are the core issues in the Adversary. Kellye Fuchs is a Certified Public Accountant who previously performed services for both Debtors, and their related entities, including the adverse parties. Kellye Fuchs and her firm also have documents and knowledge of the relationship of the parties and their historical financial transactions that form the basis of the Adversary. Kellye Fuchs expertise as a Certified Public Accountant will assist the Trustee in the prosecution of the claims in the Adversary, including responding to the defenses raised by the Defendants.

5. The Trustee desires that he be authorized to employ Kellye Fuchs and to pay her such compensation and reimbursement of expenses as is just pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. Kellye Fuchs has substantial experience in the preparation of accounting records, financial statements and tax returns. Kellye

Fuchs' affidavit as required by 11 U.S.C. § 327 is attached hereto as Exhibit A and incorporated herein by reference for all purposes.

6. The hourly rate for legal services provided by Kellye Fuchs to the bankruptcy Estates will be $275.00 per hour.

**WHEREFORE, PREMISES CONSIDERED,** Kent Ries, Trustee herein, respectfully prays for an Order of this Court approving the employment of Kellye Fuchs as a litigation consultant to perform professional services for the Trustee in the Adversary Proceeding, and for such other relief, at law or in equity, to which the Trustee may show himself justly entitled.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 1691450

COUNSEL FOR TRUSTEE

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of August, 2021, a true and correct copy of the foregoing Application was sent either electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below and on the attached mailing matrix.

Kellye Fuchs
P K & Company, PLLC
1000 N Main St
Elk City, Oklahoma, 73644
pkcompany@pk-cpa.com
Phone: (580) 225-8877

/s/ Kent Ries
Kent Ries

STATE OF TEXAS § 
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF POTTER §

### AFFIDAVIT OF KELLYE FUCHS

BEFORE ME, the undersigned authority, on this day personally appeared Kellye Fuchs, Elk City, Oklahoma, being by me duly sworn, upon oath deposed and said:

1. I am a resident of Elk City, ~~___~~ Beckham County, Oklahoma; am over the age of 21 years and am of sound mind and have never been convicted of an offense.

2. I am Certified Public Accountant licensed to practice in the State of Oklahoma, and possess all of the qualifications of a Certified Public Accountant in the State of Oklahoma.

3. I have reviewed the *Application* by the Trustee for approval to retain Kellye Fuchs a ligation consultant. I have extensive knowledge and experience in accounting practices and procedures and am in all respects qualified to render the necessary consulting services requested by the Trustee.

4. Kellye Fuchs and her accounting Firm, P K & Company, PLLC, have previously represented Michael Stephen Galmor, Galmor's/G&G Steam Service, Inc, and Galmor Family Limited Partnership and Galmor Management, L.L.C. in preparing tax returns and financial statements. Other than this representation, I have no connection with any creditors of the estates, any party in the United States Trustee's office or any other parties which have interests adverse to the Bankruptcy Estates.

FURTHER AFFIANT SAITH NOT.

_____
Kellye Fuchs

SWORN TO AND SUBSCRIBED BEFORE ME this __30th__ day of July, 2021.

_____
Notary Public, State of Oklahoma

| | | |
|---|---|---|
| 205 East Fifth Street, Room 201D<br>Amarillo, TX 79101-1559 | A Rental Company<br>4901 E Main Street<br>Weatherford, OK 73096-9548 | Advanced Water Solutions<br>1509 S Van Buren St.<br>Enid, OK 73703-7857 |
| AEG Petroleum LLC<br>P.O. Box 1003<br>Amarillo, TX 79105-1003 | Air Gas<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | AIRGAS USA LLC<br>110 West 7th St.<br>Suite 1400<br>Tulsa, OK 74119-1077 |
| Albert Brothers<br>115 6th St.<br>Elk CIty, OK 73644-5760 | Ally Financial<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Apex Remington, Inc.<br>13505 E 61st Street<br>Suite A<br>Broken Arrow, OK 74012-1295 | Assiter & Associates, LLC<br>16650 Interstate 27<br>Canyon, TX 79015-6157 |
| AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348-5414 | Bank Of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Barber & Bartz<br>525 South Main Street, Suite 800<br>Tulsa, OK 74103-4511 |
| Barber Dyson Ford<br>P.O. Box 743<br>Elk City, OK 73648-0743 | Beaver Express Services, LLC<br>PO Box 1168<br>Woodward, OK 73802-1168 | Beckham County Treasurer<br>P.O. Box 600<br>Sayre, OK 73662-0600 |
| Camrock Quality<br>P.O. Box 2407<br>Elk City, OK 73648-2407 | Canyon Oilfield Services<br>11552 S Hwy 6<br>Elk City, OK 73644-9722 | Caterpillar Financial Services Corporation<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 |
| Centergas Fuels, Inc.<br>P.O. Box 2603<br>Pampa, TX 79066-2603 | Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Cintas Corporation<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 |
| CMI Drug Testing<br>6704 Guada Coma<br>Shertz, TX 78154-3247 | CMT Engineering Inc.<br>P.O. Box 1786<br>Dripping Springs, TX 78620-1786 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>Austin, TX 78711-2548 |
| Crossroads<br>1627 North Main St.<br>Shamrock, TX 79079-1600 | Culligan Water Conditioning<br>P.O. Box 1597<br>Pampa, TX 79066-1597 | Culver Electric LLC<br>P.O. Box 427<br>Elk City, OK 73648-0427 |

David W. Bank, M.D.
P.O. Box 528
Elk City, OK 73648-0528

Dennis J. Hefley
15400 County Road EE
Briscoe, TX 79011-3231

Dickey Oilfield Sales Company
2211 Hwy 79 South
Wichita Falls, TX 76310-7962

Distribution Now
P.O. Box 200822
Dallas, TX 75320-0822

DJ's Rental
911 South Main Street
Elk City, OK 73644-6707

DNOW LP
7402 N. Eldridge Pkwy
Houston, TX 77041-1902

Dolese Bros. Co.
P.O. Box 960144
Oklahoma City, OK 73196-0144

Double H Oil Tools, Inc.
P.O. Box 2473
Pampa, TX 79066-2473

Doug Gray Ford, Inc.
P.O. Box 485
Sayre, OK 73662-0485

Enterprise
P.O. Box 800089
Kansas City, MO 64180-0089

Floyd CAD
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

Floyd County Appraisal District
P.O. Box 249
Floydada, TX 79235-0249

Galmor FLP
6994 US HWY 83
Shamrock, TX 79079-4129

Galmor's/G&G Steam Service, Inc.
P.O. Box 349
Shamrock, TX 79079-0349

GR Energy Services
2150 Town Square Place
Suite 410
Sugar Land, TX 77479-1465

Great Plains Bank
c/o Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

Great Plains Pest Control
P.O. Box 192
Lefors, TX 79054-0192

H.J. Garrison Oil Company
P.O. Box 231
Shamrock, TX 79079-0231

Happy State Bank & Trust Co.
Co. C. Jared Knight
701 S Taylor Suite 324
Amarillo, TX 79101-2417

Harbison Fischer Manufacturing
P.O. Box 731403
Dallas, TX 75373-1403

Harbison Fischer Manufacturing
Company
901 N. Crowley Rd.
Crowley, TX 76036-3798

Innovative Technology
P.O. Box 726
Elk City, OK 73648-0726

Interbank
P.O. Box 1049
Elk City, OK 73648-1049

INTERNAL REVENUE SERVICE
1100 COMMERCE ST.
DALLAS, TX 75242

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY, NJ 07302-3836

IRS
P.O. Box 802501
Cincinnati, OH 45280-2501

Janning Welding
918 N. Van Buren
Elk City, OK 73644-2916

Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

Jerry D. McLaughlin
P.O. Box 9375
Amarillo, TX 79105-9375

John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215

Jones Passodelis
Gulf Tower-Suite 3410
707 Grant Street
Pittsburgh, PA 15219-1908

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE, LA 71203-4774

JWD Internation Marketing, Inc.
P.O. Box 1000
Skiatook, OK 74070-5000

Kent David Ries
2700 S. Western Street
Suite 300
Amarillo, TX 79109-1536

Kirby-Smith Machinery, Inc.
c/o Hicks Law Group PLLC
325 N. St. Paul Street, Suite 4400
Dallas, TX 75201-3880

KJC Fire Safety Solutions
805 Shore Dr.
Elk City, OK 73644-2635

Kubota Credit
P.O. Box 0559
Carol Stream, IL 60132-0559

Lease Consultants Corporation
P.O. Box 71397
Des Moines, IA 50325-0397

Leslie Pritchard
Attn. Collin J. Wynne
1001 S. Harrison, Suite 200
Amarillo, TX 79101

Lindley Equipment
P.O. Box 457
Cordell, OK 73632-0457

Lovelady, Christy & Associates
801 S. Fillmore, Ste. 420
Amarillo, TX 79101-3520

M.B. McKee Co., Inc.
2205 Avenue E
Lubbock, TX 79404-1032

Marshall Discount Auto
P.O. Box 451
Wheeler, TX 79096-0451

Martins Air Conditioning
2116 W. 20th St.
Elk City, OK 73644-9206

McLemore Sand & Top Soil
11157 N. 1930 Road
Sayre, OK 73662-6040

Mine Safety & Health
Administration
P.O. Box 790390
St. Louis, MO 63179-0390

MPS Enterprise, Inc.
1205 S. Eastern Ave.
Elk City, OK 73644-3836

NAPA Auto Parts
716 West 3rd St.
Elk City, OK 73644-5208

NCW Insurance
P.O. Box 506
Amarillo, TX 79105-0506

Nesmith Propane
3502 West 3rd Street
Elk City, OK 73644-4335

Oklahoma Employment Security
Commission
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Employment Security
Commission
401 E Broadway St
Sand Springs, OK 74063-7965

Oklahoma Tax Commision
P.O. Box 26930
Oklahoma City, OK 73126-0930

Oklahoma Tax Commission
General Counsel's Office
100 N. Broadway Ave., Suite 1500
Oklahoma City, OK 73102-8601

P K & Company PLLC
P.O. Box 1728
Elk City, OK 73648-1728

Patrick Alan Swindell
Swindell Law Firm
1619 S. Kentucky St., Ste. B202
Amarillo, TX 79102-2276

PaveTex Engineering, LLC, dba
PaveTex
12804 County Road 2500
Lubbock, TX 79404-8329

PNC Equipment Finance, LLC
J. Eric Atherholt/Flamm Walton Heimbach
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422-1669

Powerscreen Texas, Inc.
5680 W. State Swy 71,
Box 658
La Grange, TX 78945-0658

Quality Heating & Cooling
311 S Nebraska
Shamrock, TX 79079-2741

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Ryan Construction
9500 County Road 270
Zephyr, TX 76890-3312

Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509

Silver Arc Welding
P.O. Box 3366
Enid, OK 73702-3366

Skinner Bros. Company
P.O. Box 21228
Dept 9
Tulsa, OK 74121-1228

Steve's Diesel & Truck Service
P.O. Box 166
Elk City, OK 73648-0166

T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859

Teddy's Glass
515 N Van Buren
Elk City, OK 73644-4260

Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
Jason Starks, Asst. Attorney Gen.
c/o Sherri K. Simpson, Paralegal
Austin, TX 78711-2548

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION - SAU
101 EAST 15TH STREET, ROOM 556
AUSTIN, TX 78778-0001

Thru Tubing Solutions
8032 Main St
Houma, LA 70360-4428

Treasurer of Beckham County, Oklahoma
P.O. Box 276
Cheyenne, OK 73628-0276

Triple D Services
203 N Houston
Shamrock, TX 79079-2319

Troy Jones Equipment
1203 S Main St
Elk City, OK 73644-6911

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530-0001

U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401-4029

Unifirst Corp.
4210 S.E. 22nd Street
Amarillo, TX 79103-6204

United Healthcare
P.O. Box 94017
Palatine, IL 60094-4017

United Life Insurance Co.
P.O. Box 142153
Overland Park, KS 66225-5326

United Rentals
P.O. Box 840514
Dallas, TX 75284-0514

United Rentals
Attn: Mike Dowden
6125 Lakeview Road #300
Charlotte, NC 28269-2616

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

UnitedHealthcare Insurance Company
ATTN: CDM - Bankruptcy
185 Asylum Street
Hartford, CT 06103-3408

Warren CAT
P.O. Box 842116
Dallas, TX 75284-2116

WB Supply
P.O. Box 206620
Dallas, TX 75320-6620

Weldon Parts
1100 S. Main St.
Elk City, OK 73644-6916

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Business Line
P.O. Box 51174
Los Angeles, CA 90051-5474

Wells Fargo Equipment Finance
NW 8178
P.O. Box 1450
Minneapolis, MN 55485-5934

Wells Fargo Equipment Finance
Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

Wells Fargo Vendor Financial
Services, LLC
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA 52404-8247

Western Equipment
404 Frisco Avenue
Clinton, OK 73601-3440

Wheeler County
c/o Perdue Brandon Fielder Collins
& Mot
PO Box 9132
Amarillo, TX 79105-9132

Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361

Yow Automotive
221 S. Jefferson
Elk City, OK 73644-5737

Zee Medical
13 NW 132nd Street
Oklahoma City, OK 73114-2318

```
205 East Fifth Street, Room 201D        AEG Petroleum LLC                      American Express National Bank
Amarillo, TX 79101-1559                 P.O. Box 1003                          c/o Becket and Lee LLP
                                        Amarillo, TX 79105-1003                PO Box 3001
                                                                               Malvern, PA 19355-0701


Assiter & Associates, LLC               Caterpillar Financial Services         Caterpillar Financial Services
16650 Interstate 27                     Corp                                   Corporation
Canyon, TX 79015-6157                   2120 West End Avenue                   Derryberry & Naifeh, LLP
                                        Nashville, TN 37203-5341               4800 N. Lincoln Blvd.
                                                                               Oklahoma City, OK 73105-3321


                                        Deere & Company and Deere Credit,      DEERE CREDIT SERVICES INC
Clay P. Booth                           Inc.                                   ATTN LITIGATION & RECOVERY
102 East Thatcher Street                6400 NW 86th Street                    DEPARTMENT
Edmond, OK 73034-3662                   P.O. Box 6600                          PO BOX 6600
                                        Johnston, IA 50131-6600                JOHNSTON, IA 50131-6600


First State Bank of Mobeetie            First State Bank of Mobeetie           First State Bank of Mobeetie
c/o Reuben L. Hancock, P.C.             P.O. Box 8                             P.O. Box 3
7480 Golden Pond Pl., Ste. 200          Mobeetie, TX 79061-0008                Mobeetie, TX 79061-0003
Amarillo, TX 79121-1964


Flamm Walton Heimbach Lamm, P.C.                                               Great Plains Bank
Attn: Eric Atherholt                    Galmor Family Trust                    c/o Mullin Hoard & Brown, LLP
794 Penllyn Pike, Ste. 100              P.O. Box 349                           P.O. Box 31656
Blue Bell, PA 19422-1669                Shamrock, TX 79079-0349                Amarillo, TX 79120-1656


Great Plains Bank                                                              Hall Estill Hardwick Gable and
2017 W. Third                           Great Plains National Bank             Nelson, P.C.
P O Box 488                             P.O. Box 488                           100 North Broadway, Suite 2900
Elk City, OK 73648-0488                 Elk City, OK 73648-0488                Oklahoma City, OK 73102-8808


Happy State Bank                        Internal Revenue Service               Jerome S. Sepkowitz
Co. C. Jared Knight                     P.O. Box 7346                          Derryberry & Naifeh, LLP
701 S. Taylor , Suite 324               Philadelphia, PA 19101-7346            4800 N. Lincoln Blvd.
Amarillo, TX 79101-2417                                                        Oklahoma City, OK 73105-3321


                                                                               Kent David Ries
Jerry D. McLaughlin                     John Deere Financial                   2700 S. Western Street
P.O. Box 9375                           P.O. Box 650215                        Suite 300
Amarillo, TX 79105-9375                 Dallas, TX 75265-0215                  Amarillo, TX 79109-1536


                                        Kirby-Smith Machinery, Inc.
Kirby Smith Machinery, Inc.             c/o Hicks Law Group                    Kubota Credit Corporation
6715 West Reno Avenue                   325 N. St. Paul Street, Suite 4400     PO Box 9013
Oklahoma City, OK 73127-6590            Dallas, TX 75201-3880                  Addison, TX 75001-9013


Leslie Pritchard
Attn. Collin J. Wynne                   Lovelady, Christy & Associates         McWhorter Cobb & Johnson, LLP
1001 S. Harrison, Suite 200             801 S. Fillmore, Ste. 420              1722 Broadway
Amarillo, TX 79101-3434                 Amarillo, TX 79101-3520                Lubbock, TX 79401-3093
```

Melvin Gene Payne Estate
199 W. 2nd Street
Shamrock, TX 79079

Michael Stephen Galmor
P.O. Box 349
Shamrock, TX 79079-0349

Oklahoma Tax Commission
General Counsel's Office
100 N. Broadway Ave., Suite 1500
Oklahoma Tax Commission, OK 73102-8601

Oklahoma Tax Commission
2501 North Lincoln Blvd.
Oklahoma City, OK 73194

Patrick Alan Swindell
Swindell Law Firm
1619 S. Kentucky St., Ste. B202
Amarillo, TX 79102-2276

PNC Equipment Finance, LLC
J. Eric Atherholt/Flamm Walton Heimbach
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422-1669

PNC Financial, LLC
655 Business Center Dr., Ste. 250
Horsham, PA 19044-3448

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Sprouse Shrader Smith
P.O. Box 15008
Amarillo, TX 79105-5008

Stewart R. Werner
LAW OFFICES OF STEWART R. WERNER
801 S. Fillmore, Ste. 720
Amarillo, TX 79101-3545

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530-0001

U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401-4029

Underwood Law
P.O. Box 9158
Amarillo, TX 79105-9158

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wells Fargo Equipment Finance
600 South 4th St., MAC N9300-100
Minneapolis, MN 55415-1526

Wheeler County
c/o Perdue Brandon Fielder Collins & Mot
PO Box 9132
Amarillo, TX 79105-9132

Wheeler County Tax Office
P.O. Box 1060
Wheeler, TX 79096-1060