

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 14, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MICHAEL STEPHEN GALMOR, § | CASE NO. 18-20209-RLJ-7 |
| § | |
| Debtor. § | |

### ORDER ON OBJECTION TO CLAIM NUMBERS 17, 18 AND 19 OF FIRST STATE BANK OF MOBEETIE

On this day came on for consideration the objection of Kent Ries, Trustee of the referenced bankruptcy estate, to Claim Numbers 17, 18 and 19 of First State Bank of Mobeetie. Claim Number 17 was filed by First State Bank of Mobeetie as a secured claim in the amount of $82,165.28 based on a lien on 100 head of cattle. Claim Number 18 was filed by First State Bank of Mobeetie as a secured claim in the amount of $213,645.78 based on a lien of 300 acres of real estate in Wheeler, County, Texas. Claim Number 19 was filed by First State Bank of Mobeetie as a secured claim in the amount of $58,905.96 based on accounts receivable and farm product. The Court finds jurisdiction over the subject matter and has been advised that no party in interest has

filed a response to the Trustee's Objection. Further, the Court is of the opinion that the Objection of the Trustee is in order and should be allowed. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that Claim Numbers 17, 18 and 19 First State Bank of Mobeetie are hereby disallowed as claims against this bankruptcy estate.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE