Kent Ries, Attorney at Law
State Bar No.  16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF AMENEDED AUCTION DATE FOR BECKHAM COUNTY, OKLAHOMA REAL ESTATE

You are hereby notified that Kent Ries, Trustee, ("Trustee") in the above bankruptcy proceeding, hereby files his Notice of Amended Auction Date for Beckam County, Oklahoma Real Estate.  This Notice is due to the rescheduling of the auction of real estate described as real property located at 0 E 1210 Road, Sayre, Oklahoma, 73662, more particularly described as follows:

> Beginning at a point 363.13 feet South if the North line and 310 feet West of the East line of the West Half of the Northeast Quarter (W/2 NE/4) of Section 17, Township 9 North, Range 23 W.I.M., Beckham County, Oklahoma, said point begin on the South right-of-way line of U.S. Highway No. 40; thence West along the said right-of-way line 417.4 feet; thence South 730.5 feet; thence East a distance of 417.4 feet; thence North a distance of 730.5 feet to the point of beginning, containing 7 acres, more or less (the "Beckham Property").

The Motion to auction this property was originally filed on February 21, 2020 as docket number 169 and was set for April 30, 2020.  That motion was approved by this Court via an Order entered March 17, 2020 as docket number 174.

The rescheduled auction will be conducted by Assiter & Associates and has been set for November 5, 2023, online at www.assiterrealestate.com.  The Court has already approved the details of this auction including the auctioneer, auctioneer commission and the sale of this property

per the Order entered on March 17, 2020.  This notice is to give the new auction date, not any new

terms.

Respectfully submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

By:  /s/ Kent Ries
     Kent Ries
     State Bar No. 16914050

COUNSEL FOR TRUSTEE

### CERTIFICATE OF SERVICE

I certify that on the 29th day of September, 2023, a true and correct copy of the

foregoing Notice of Amended Auction Date for Real Estate was sent electronically or mailed in

the United States mail, postage prepaid, to the parties listed on the attached mailing matrix:

 /s/ Kent Ries
     Kent Ries

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Assiter & Associates, LLC
16650 Interstate 27
Canyon, TX 79015-6157

Caterpillar Financial Services
Corp
2120 West End Avenue
Nashville, TN 37203

Caterpillar Financial Services
Corporation
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

CENTENNIAL BANK
PO BOX 1028
CABOT, AR 72023-1028

DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY
DEPARTMENT
PO BOX 6600
JOHNSTON, IA 50131-6600

First State Bank of Mobeetie
c/o Reuben L. Hancock, P.C.
7480 Golden Pond Pl., Ste. 200
Amarillo, TX 79121-1964

First State Bank of Mobeetie
P.O. Box 8
Mobeetie, TX 79061-0008

First State Bank of Mobeetie
P.O. Box 3
Mobeetie, TX 79061-0003

Flamm Walton Heimbach Lamm, P.C.
Attn: Eric Atherholt
794 Penllyn Pike, Ste. 100
Blue Bell, PA 19422-1669

Galmor Family Trust
P.O. Box 349
Shamrock, TX 79079-0349

Great Plains Bank
c/o Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

Great Plains National Bank
P.O. Box 488
Elk City, OK 73648-0488

Hall Estill Hardwick Gable and
Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8808

Happy State Bank
Burdett Morgan Williamson &
Boykin, LLP
co C. Jared Knight
701 S. Taylor, Suite 324
Amarillo, TX 79101-2417

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

Jerry D. McLaughlin
P.O. Box 9375
Amarillo, TX 79105-9375

John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215

Kent David Ries
Kent Ries, Trustee
PO Box 3100
Amarillo, TX 79116-3100

Kirby Smith Machinery, Inc.
6715 West Reno Avenue
Oklahoma City, OK 73127-6590

Kirby-Smith Machinery, Inc.
c/o Hicks Law Group PLLC
325 N. St. Paul Street
Suite 4400
Dallas, TX 75201-3880

Kubota Credit Corporation
PO Box 9013
Addison, TX 75001-9013

Leslie Pritchard
c/o YOUNG & NEWSOM, P.C.
Attn. Collin J. Wynne
1001 S. Harrison, Suite 200
Amarillo, TX 79101-3434

Lovelady, Christy & Associates
801 S. Fillmore, Ste. 420
Amarillo, TX 79101-3520

McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401-3093

Michael Stephen Galmor
P.O. Box 349
Shamrock, TX 79079-0349

Oklahoma Tax Commission
PO Box 269056
Oklahoma City, OK 73126-9056

Oklahoma Tax Commission
2501 North Lincoln Blvd.
Oklahoma City, OK 73194-0001

Oklahoma Tax Commission
General Counsel's Office
100 N. Broadway Ave., Suite 1500
Oklahoma Tax Commission, OK 73102-8601

Patrick Alan Swindell
Swindell Law Firm
1619 S. Kentucky St., Ste. B202
Amarillo, TX 79102-2276

PNC Equipment Finance, LLC
J. Eric Atherholt/Flamm Walton
Heimbach
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422-1669

PNC Financial, LLC
655 Business Center Dr., Ste. 250
Horsham, PA 19044-3448

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Sprouse Shrader Smith
P.O. Box 15008
Amarillo, TX 79105-5008

Stewart R. Werner
LAW OFFICES OF STEWART R. WERNER
801 S. Fillmore, Ste. 720
Amarillo, TX 79101-3545

Synchrony Bank
c/o PRA Receivables Management,
LLC
PO Box 41021
Norfolk, VA 23541-1021

Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530-0001

U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401-4029

Underwood Law
P.O. Box 9158
Amarillo, TX 79105-9158

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wells Fargo Equipment Finance
600 South 4th St., MAC N9300-100
Minneapolis, MN 55415-1526

Wheeler County
c/o Perdue Brandon Fielder
Collins & Mott
PO Box 9132
Amarillo, TX 79105-9132

Wheeler County Tax Office
P.O. Box 1060
Wheeler, TX 79096-1060